# United States Court of Appeals
## For the First Circuit

No. 21-1770

HUNTER HARRIS; CORA CLUETT

Plaintiffs, Appellants,

v.

UNIVERSITY OF MASSACHUSETTS LOWELL; JACQUELINE MOLONEY;
UNIVERSITY OF MASSACHUSETTS BOSTON; MARCELO SUÁREZ-OROZCO; SHAWN
DE VEAU,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on August 4, 2022, is amended as follows:

On page 4, line 14 replace "tenants" with "tenets".

On page 7, line 16, replace "extent" with "extant".

On page 9, line 9, replace "nor" with "or".

On page 13, footnote 9, line 3, replace "Fed. R. Civ. P. 28(j)" with "Fed. R. App. P. 28(j)".

On page 17, line 4, replace forgoing with "foregoing".

On page 17, line 7, replace "extent with "extant".